IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DAVID KISSI,** | * |
| Appellant, | * |
| v. | * Civil No. PJM 05-2414 |
| **RICHARD M. KREMEN,** | * ECF-EXEMPT |
| Appellee. | * |

## MEMORANDUM OPINION

On September 1, 2005, Appellant David Kissi filed a Notice of Appeal from Bankruptcy Court. No designation of the record was received by the Court.

On September 6, 2005, the Court ordered that Appellant show cause within 10 days of the Court's Order why his appeal should not be dismissed on the basis that Appellant had not filed with the Clerk and served on the Appellee Richard M. Kremen the items to be included in the record on appeal and a statement of the issues to be presented as required by Bankruptcy Rule 8006. However the Court's Order was returned undeliverable because Appellant had not kept the Court apprised of his current address of record as required by Local Rule 102(1)(b)(iii).

On October 5, 2005, the Court entered a second Order directing the Clerk to resend the Court's September 6 Order to Appellant's last known permanent address, 4304 Ammendale Road, Beltsville, Maryland 20705. The Court also ordered Appellant to show cause within 20 days why his appeal should not be dismissed.

As of this date, Appellant has filed no response. In light of the fact that Appellant, having been given two opportunities to explain his noncompliance, has not responded to the Court's Orders and has not complied with Bankruptcy Rule 8006, requiring a designation of the items in the record on appeal and a statement of the issues, the Court finds that any further delay in

prosecuting this appeal will have a prejudicial effect on the other parties, and the appeal will be DISMISSED.  See Local Rule. 404.2.  The Clerk is directed to CLOSE the case.

A separate Order will Issue.

12/7/05
Date

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE